UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ ABHYANKER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES PATENT & TRADEMARK OFFICE,<br><br>  Defendant. | Case No. 23-cv-00746-AMO<br><br>**SCHEDULING ORDER** |

Having reviewed the parties' joint case management statement of December 5, 2023, the Court hereby sets the following deadlines:

Plaintiff represents that he intends to file an amended complaint. Plaintiff shall either (1) file a motion for leave to amend the complaint or (2) obtain and file a stipulation to the amendment no later than January 22, 2024.

Defendant represents that it intends to move for summary judgment. Defendant shall file its motion for summary judgment no later than February 5, 2024. Plaintiff shall file his opposition, including any cross motion for summary judgment, no later than February 19, 2024. Defendant shall file its reply, including any opposition to a cross motion, no later than March 4, 2024. If necessary, Plaintiff may file a reply in support of its cross motion no later than March 11, 2024. The Court will hear the motions on April 18, 2024, at 2:00 p.m. in Courtroom 10, Floor 19, in the San Francisco Courthouse.

//

//

//

//

The Court hereby VACATES the case management conference scheduled for December 12, 2023.

**IT IS SO ORDERED.**

Dated: December 11, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**