UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ ABHYANKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES PATENT & TRADEMARK OFFICE,<br><br>　　　　　Defendant. | Case No.23-cv-00746-AMO<br><br>**JUDGMENT** |

On August 19, 2024, the Court granted Defendant United States Patent & Trademark Office's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 19, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**